FILED

JUN 03 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Todd Hunter/Real Party in interest

vs.

THE STATE OF OKlahoma
Payne County District Court
Payne County Department Human Services
Payne County BAr Association

Demand for Jury.

CIV-22-457-J

Breach of Duty

Claim/Complaint/Cause of Action

Comes Now I Todd Hunter, Supreme Authority of the United States; Benefactor of the United States Constitution & Oklahoma Constitution pursuant to the Supreme Law of the Land hereby applies for order directing the above listed Agencies to return my son M███ K███ Heir to the Kiaga Dynasty. The listed agencies involed have kidnapped, extorted, poisoned the Heir, placing him in imminent danger causing irreppable harm.

On 4/20/22 the above agencies in concert created fraudulent Documentation, to infringe on the protected right of family autonmy. The above agencies listed used non-sealed documents, and ficticous testomony Kidnapping, violating title 18 USC 242- Deprivation of Rights under the color of Law. Upon the taking of my son, the agencies ordered, denining the Heir Breast Milk as consented to by me. They have given him

① see exhibit B

processed chemically derived formula. Disrespecting the heritage, culture, traditions of our family. The "formula" has caused his head to have "black scabs" on the top, causing his hair to fall out. His skin is rashing, he know has diffulty breathing, with dried mucus. [res] M█ is a premature Heir, born on January when he was slated for March of this year. THE collabaration of Mercy Hospitals, Dr. Alicia Soloman to, thru Amanda La Hue, DHS with the aid of Brenda Nipp - Assistant District Attorny; Steven Kister - Judge; Phillip Corley - Judge; Sarah Oliver; DHS, Whitehead - DHS Micheal Kulling - Special Judge is being used to hostage M█. The workers of these Agencies claim that natural foods derived from our planet are not sufficent for Miles. THe actors involed deny my consent and have given M█ formula that has caused unwanted side effects. Exhibit A is the cans provided by the Dr. Upon reading the information as a informed consumer it is dangerous to give any child the formulas manufactered. It has been settled beyond contraverse that breast Milk, is the best for all humans, yet the agencies and state actors seek to deny willwholding my Heir extorting me to carry out actions that go agaisnt our culture, knowledge educatoion, heritage, traditions of our family.

The actors and agencies listed have engaged in fraud on the court, carrying out R.I.C.O. activities. I was never summoned to court for the "Petition" drafted by the actors. Kistler created a search warrant with a bogus testomony from an Officer Andrew Wilson to take my Heir. The "Volutary Serives" provided by D.H.S. are not consented to. The "Medical advice" given caused controversy as formulas have been recalled due to dangers and the harm it causes infants. For eons humans have used the power of mother nature, creating healthy, intelligent, loving people. It has been settled from numerous studies that processed, chemicals, unnatural foods are dangerous to the mind body and soul.

Therefore, the relief requested is:

1. Enforce the return of My Heir M.K.
2. $100,000 for punitive damages
3. $250,000 for violation of 18 USC 241 Conspiracy Against Rights
4. $250,000    "        "        "   18 USC 242 Deprivation under color of law
5. $250,000    "        "        "   4th Amendment of Freedom Charters
6. $250,000    "        "        "   5th Amendment of the Freedom Charters

7. Fines and court costs as applicable by Law
8. Any and All Jail time associated with each violation.

Dated this 3rd Day of June 2022.

By: *Todd-J.E.:Hunter*, Beneficiary
Todd-J.E.: Hunter
UCC 1-308