# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

TODD HUNTER,                                )
                                            )
      Plaintiff,                        )
                                            )
v.                                          )      Case No. CIV-22-457-J
                                            )
STATE OF OKLAHOMA, et al.,                  )
                                            )
      Defendants.                       )

## JUDGMENT

In accordance with the Court's order entered on this date, this action is dismissed.

IT IS SO ORDERED this 9th day of June, 2022.


_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE